IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 20 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 04-cv-01577-ZLW

STEVEN A. GALBRAITH,

    Plaintiff,

v.

THOMAS FAWELL,

    Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's request for return of the complete file in this action, which he makes in a letter to the Court filed on September 16, 2005, is DENIED because the file was transferred to the United States Court of Appeals for the Tenth Circuit in connection with Plaintiff's appeal.

Dated: September 20, 2005

---

Copies of this Minute Order mailed on September 20, 2005, to the following:

Steven A. Galbraith
Prisoner No. 125529
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

                                                 *(signature)*
                                          Secretary/Deputy Clerk